

**FILED**

DEC 1 4 2023

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23-CR- 269 |
| | § | Judge Mazzant |
| BRODY MCBRIDE | § | |

## INDICTMENT

The United States Grand Jury charges:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Distribute and
Possess with Intent to Distribute
Fentanyl)

From in or about January 2023, the exact date of which being unknown to the Grand

Jury, and continuing until and through the date of the filing of this Indictment, in the

Eastern District of Texas and elsewhere, BRODY MCBRIDE, Defendant, did knowingly

and intentionally combine, conspire, and agree with other persons unknown to the United

States Grand Jury, to manufacture, distribute and possess with the intent to manufacture

and distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Two

Violation: 21 U.S.C. § 841(a)(1)
(Possess with Intent to Distribute
Fentanyl Resulting in Death)

On or about August 28, 2023, in the Eastern District of Texas and elsewhere, BRODY MCBRIDE, Defendant, did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl) and serious bodily injury and death to H.H., a person known to the grand jury, resulted from the use of the Fentanyl, a violation of 21 U.S.C. § 841(a)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

## Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Indictment, the defendant shall forfeit to the United States any cash proceeds that is property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offense alleged in this Indictment and any property they may have been used or intended to be used to commit or facilitate the offense.

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

Date: __12/13/23__

Indictment                                                                                    Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:23-CR 269 |
| | § | Judge Mazzant |
| BRODY MCBRIDE | § | |

## NOTICE OF PENALTY

### Counts One & Two

<u>Violation</u> :   21 U.S.C. §§ 846, 841(a)

<u>Penalty</u>:    Imprisonment for a term of not more than 20 years, a fine not to exceed
$1,000,000.00, or both; and supervised release of at least three years. If any
person commits a violation after a prior conviction for a felony drug
offense has become final, then a term of not more than 30 years, a fine not
to exceed $2,000,000.00, or both; and supervised release of at least six (6)
years.

If death or serious bodily injury resulted from the use of Fentanyl, then a
term of imprisonment of not less than twenty (20) years or more than life, a
fine not to exceed $1,000,000.00 or both. A term of supervised release of at
least five (5) years. If any person commits a violation after a prior
conviction for a felony drug offense has become final and if death or
serious bodily injury resulted from the use of fentanyl, then a term of
imprisonment of life, a fine not to exceed $2,000,000.00 or both.

<u>Special Assessment</u>: $100.00